THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Isaac Pettigrew <br>     Plaintiff, <br><br> v. <br><br> LVNV FUNDING LLC; <br> RESURGENT CAPITAL SERVICES LP <br>     Defendants, | ) <br> ) <br> ) <br> ) Case No. 25-CV-1539 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF SETTLEMENT

Plaintiff Isaac Pettigrew, proceeding pro se, respectfully notifies the Court that the parties have reached a settlement in principle resolving all claims in this matter.

The parties are in the process of finalizing the written settlement agreement and anticipate filing a stipulation of dismissal. Plaintiff respectfully requests that all deadlines and proceedings be stayed pending the filing of the dismissal.

Respectfully submitted,

                                                                                                         _____

                                                                                                           Dated: 5/29/25