IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC PETTIGREW,<br><br>Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC,<br>RESURGENT CAPITAL SERVICES, LP,<br><br>Defendants. | Case No.: 1:25-cv-1539-JPC-SLC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendants, LVNV FUNDING, LLC and RESURGENT CAPITAL SERVICES, L.P., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated:     July 3, 2025

/s/
By: Isaac Pettigrew
235 East 95th Street, Apartment 1B
New York, New York 10128
(917) 294-0757
lp.access.090@gmail.com
*Plaintiff, pro-se*

**J. ROBBIN LAW**

/s/ Jacquelyn A. DiCicco
By: Jacquelyn A. DiCicco, Esq.
200 Business Park Drive, Suite 103
Armonk, New York 10504
(914) 685-5017
jacquelyn.dicicco@jrobbinlaw.com
*Attorneys for Defendants,*
*LVNV Funding, LLC & Resurgent Capital Services, LP*

The Clerk of Court is respectfully directed to close this case.

SO ORDERED

_____
Hon. John P. Cronan, U.S.D.J.